UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| James Crumel, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| Kross, Lieberman & Stone, Inc., ) | |
| ) | 5:14-CV-80-BR |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's motion for partial summary judgment, (DE # 12), is GRANTED, and defendant's motion for summary judgment, (DE # 15), is GRANTED IN PART and DENIED IN PART. Plaintiff's NCCAA claim is DISMISSED. Further, plaintiff is DIRECTED within 20 days to file with the court a memorandum with appropriate supporting documentation setting forth the reasonable attorney's fees and costs incurred in this action. Defendant may then file any response within 20 days of plaintiff's filing.

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that plaintiff shall recover of defendant the sum of $50.00, with interest accruing thereon at the statutory rate, 28 U.S.C. § 1961, from this date until paid.

**This judgment filed and entered on April 8, 2015, and served on:**

Mitchel Erik Luxenburg (via CM/ECF Notice of Electronic Filing)
Hans H. Huang (via CM/ECF Notice of Electronic Filing)

April 8, 2015

JULIE RICHARDS JOHNSTON, CLERK

_____
By: Deputy Clerk